1  **ROBERT R. POWELL ESQ.**
   **DOUGLAS D. DURWARD, ESQ.**
2  **LAW OFFICES OF ROBERT R. POWELL**
   95 South Market Street, Suite 260
3  San Jose, California 95113
   T: 408-271-2300
4

5  **ANDREA MILLER, ESQ.**
   **NAGLEY, MEREDITH, AND MILLER**
6  8001 Folsom Blvd., Suite 200
   Sacramento, California  95826
7  T: 916-386-8282

8  Attorneys for Plaintiffs

9           IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA
                     (San Francisco Division)
11

12 PETER SINGLETON, et al.          )   Case No. C 04-00469 SI
13                                  )
              Plaintiffs,           )   STIPULATION AND ORDER
14                                  )   RE: CHANGES TO DISCOVERY
                                    )   DEADLINES, AND MEDIATION,
15 vs.                              )   VACATING VARIOUS DATES
                                    )   AND SCHEDULING CMC
16 COUNTY OF SAN MATEO, et al       )
17                                  )
              Defendants.           )
18 _____ )

19     The parties hereto, by and through their respective counsel, and in consideration of the

20 following, hereby stipulate as set forth below, and ask this court order same.

21     An important expert witness for plaintiffs, Mr. Rick O'Hanlon of the San Diego PD, had

22 been retained (payment had already been made) to act as an expert for plaintiffs, however,

23 approximately 8 days ago, he had a family emergency involving a parent who lives on the east

24 coast, and it required him to withdraw, and he has taken a leave of absence from his own

25 employment for a period of one month.

                                          1

Stipulation and Order of the Court
SINGLETON V. COUNTY OF SAN MATEO
(Case No. C 04-00469 SI)

As a result of this unfortunate event, Plaintiff's counsel contacted defense counsel and several conversations were had over the last few days about the impact of this development. In the course of those meet and confer efforts, certain disputes with regard to other discovery issues between the parties (including a request for an IME by defendants currently pending before the court), and the possibility of further mediation, were discussed.

Mindful that the case has been on the court's docket for quite some time, but faced with the loss of the expert and the difficulty of replacing him on short notice, as well as consideration of the impact backing up the expert disclosure dates has on the rest of the scheduled dates in the matter, the counsel agreed that some changes needed to be made to the existing schedule in the case. Some additional concerns that impacted this decision were some conflicting trial dates on both counsel's calendar that would make completing expert discovery and preparing any dispositive motions difficult at best, and the upcoming summer months in which both counsel have vacation plans and plaintiffs' counsel will be going out of the United States with his family.

All counsel have agreed that the proposed stipulation and order below best serves the interests of the parties and their counsel, and submit it best serves the court in receiving a fully prepared case for trial or having it resolved short of trial. Counsel respectfully requests the court order as follows;

1. The date for exchange of the expert witness disclosures in this matter pursuant to Rule 26, is changed to July 15th, 2005.

2. The date for the supplemental expert disclosures is changed to July 29th, 2005.

3. The parties (or at least one person with full authority to settle the matter on behalf of each party), will attend a mediation with Dana Curtis on June 14th, 2005, at 9:00 a.m., at the offices of John Flegel, located at 1100 Alma St. Suite 210, Menlo Park, CA 94025. The mediation is

Stipulation and Order of the Court
SINGLETON V. COUNTY OF SAN MATEO
(Case No. C 04-00469 SI)

1. limited to four hours, unless otherwise agreed at the time, and the parties will share equally in payment of the mediator's fees, and promptly contact her to arrange said payment.

4. All trial and discovery deadlines that have not already passed, and excepting the expert discovery cut-off dates above, are hereby vacated.

5. If the matter is not resolved at the aforementioned mediation, counsel for the parties shall meet and confer and schedule a CMC in the month of August, 2005, at which time any remaining discovery deadlines and cut-off dates, as well as dispositive motion and trial dates, will be discussed and set.

IT IS SO STIPULATED.

_____/s/_____  6/6/05        _____/s/_____  6/6/05
Robert R. Powell – Attorney for             John Flegel – Attorney for the City of
Plaintiffs                                   Menlo Park and Glenn Raggio

ORDER OF COURT

Based on the foregoing stipulation of the parties, and good cause appearing therefore, the court hereby adopts the stipulation of the parties set forth above as an order of this court.

IT IS SO ORDERED.

_____
Judge S
Court f

A further case management conference has been scheduled to occur on Friday, August 26, 2005, at 2:30 p.m. A joint statement must be filed one week prior to the conference.



IT IS SO ORDERED
Judge Susan Illston

3

Stipulation and Order of the Court
SINGLETON V. COUNTY OF SAN MATEO
(Case No. C 04-00469 SI)